B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Idaho

In re  **Tom Lovell**
**Denice D Lovell**
Debtor(s)

Case No. **11-40013**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**East Idaho Credit Union** | **Describe Property Securing Debt:**<br>**2nd Morttgage**<br>**1792 West 6000 S.**<br>**Rexburg, ID** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**GMAC Mortgage** | **Describe Property Securing Debt:**<br>**1st Mortgage**<br>**1792 West 6000 South, Rexburg, Idaho** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>M. Val Eccles | **Describe Property Securing Debt:**<br>Beg. 590' N SW Cor NW 1/4 Sec. 1;<br>Neg NE Cor. Sec. 2;<br>Neg. 15.09 CHS N , Sec. 2;<br>Beg. 16.01 1/2 CHS, Sec. 2;  (1/11)<br>East 1/2 of the SE qtr. Twns 39, Mohave County, AZ |

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **January 31, 2011**     Signature **/s/ Tom Lovell**
                                                                             **Tom Lovell**
                                                                             Debtor

Date **January 31, 2011**     Signature **/s/ Denice D Lovell**
                                                                             **Denice D Lovell**
                                                                             Joint Debtor