UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re | No. 11-40013-JDP |
| TOM LOVELL AND DENICE D. LOVELL, | Chapter 7 |
| Debtors. | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed by GMAC Mortgage, LLC ("Movant"), Docket No.23 ("Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and no objections having been raised, and good cause existing:

IT IS HEREBY ORDERED:

The Automatic Stay imposed by 11 U.S.C. § 362 (a) is hereby terminated as to Movant and to the subject property described as:

1792 West 6000 South, Rexburg, Idaho 83440

COMMENCING AT A POINT 365 FEET EAST OF THE SW CORNER OF THE SE1/4 OF SECTION 24, TOWNSHIP 5 NORTH RANGE 39 E.B.M., MADISON COUNTY, IDAHO, AND RUNNING THENCE NORTH 305 FEET; THENCE EAST 285 FEET; THENCE SOUTH 305 FEET; THENCE WEST 285 FEET TO THE TRUE POINT OF BEGINNING.

*IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.    // end of text //

Dated:  March 23, 2011

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by:
/s/Jesse A. P. Baker
Attorneys for GMAC MORTGAGE, LLC