Jim Spinner, Esquire
**SERVICE & SPINNER**
1335 East Center - P.O. Box 6009
Pocatello, Idaho 83205-6009
Telephone: (208) 232-4471
FAX: (208) 232-1808
E-mail: spinjim@cableone.net
Idaho State Bar No. 3417

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In the Matter of: | ) | Case No. 11-40013-JDP |
| | ) | |
| TOM LOVELL and | ) | Chapter 7 |
| DENICE D. LOVELL, | ) | |
| | ) | |
| Debtors. | ) | |

**MOTION FOR RULE 2004 EXAMINATION AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

> <u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u>  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW R. Sam Hopkins, Trustee, by and through his undersigned attorneys of record, and pursuant to Section 343 of the U.S. Bankruptcy Code and Rule 2004, U.S. Bankruptcy Rules, hereby respectfully moves this Court for an order setting the examination of **Tom Lovell and Denice D. Lovell**, for the purpose of investigation as to the Debtors' financial condition and matters which may affect the administration of the Debtors' estate, including numerous interests in property which would be considered property of the bankruptcy estate. The Debtors have the listed information which would be helpful in the administration of their case.

Said time and place of the examination to take place on September 7, 2011, at 10:00 a.m. at the offices of Service & Spinner, 1335 E. Center Street, Pocatello, Idaho, unless other arrangements are made with the Trustee.

This Motion is further based upon the pleadings and record on file herein.

**DATED** July 18, 2011.

                                                      /s/
                                            Jim Spinner
                                            Attorney for Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on July 18, 2011, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | [ ] U.S. Mail, postage prepaid<br>[x] ECF Notice<br>[ ] Facsimile |
| W. Brent Eames<br>eamesbrent@gmail.com | [ ] U.S. Mail, postage prepaid<br>[x] ECF Notice<br>[ ] Facsimile |
| Tom Lovell<br>Denice D. Lovell<br>1792 West 6000 South<br>Rexburg, ID 83440 | [x] U.S. Mail, postage prepaid<br>[ ] ECF Notice<br>[ ] Facsimile |

By: /s/ _____
     Jim Spinner

**MOTION FOR RULE 2004 EXAMINATION - PAGE 3**