THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re: Lovell, Tom
       Lovell, Denice

       Debtor(s).

Case No. **11-40013**

# MOTION TO ABANDON PROPERTY
# OF THE ESTATE

The debtors pursuant to 11 U.S.C. § 554 move to abandon the following described property from the estate:

Commencing at a point 365 feet east of the SW corner of the SE 1/4 of Section 24, Township 5 North, Range 39 E.B.M., Madison County, Idaho and running thence North 305 feet; thence East 285 feet; thence south 305 feet; thence west 285 feet to the true point of beginning.

     The debtors request that said properties be abandoned from the estate for the purpose of correcting the property description.   The debtor's and the Florence Simmons Estate need to exchange parcels to correct the property description.   There is first mortgage obligation of approximately $94,965 to GMAC Mortgage LLC, and a second mortgage to East Idaho Federal Credit Union, with an approximate balance of $52, 717.   The estimated value of the property is atmost $150,000.

     Pursuant to a motion filed by GMAC Mortgage LLC the automatic stay was terminated on March 23, 2011.

                                        /s/ W. Brent Eames
                                        W. Brent Eames
                                        Attorney for Debtor(s)

CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of July, 2011 I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent a notice of electronic filing to the individuals with the term "ECF" noted next to their name.

U.S. Trustee, ECF

R. Sam Hopkins, Trustee

Jim Spinner, ECF

I further certify that the following recipients were served by U.S. Mail, postage prepaid at the following addresses:

GMAC Mortgage, LLC
PO Box 4633
Waterloo, IA   50704

East Idaho Federal Credit Union
Attn: Barry
PO Box 1865
Idaho Falls, ID   83403

                                            /s/ G. J. Manwaring
                                            GJ Manwaring
                                            Paralegal to Mr. Eames